**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                          **CASE NO.: 4:09CR00099-02 BSM**

**SANGEETA MANN**                                                                                  **DEFENDANT**

## ORDER

Defendant Sangeeta Mann's motion for a judgment of acquittal or, in the alternative, for a new trial [Doc. No. 169], is denied.

Sangeeta Mann was charged with conspiracy to obstruct, influence, and impede an official proceeding, in violation of 18 U.S.C. § 1512(k) ("count seven"); concealing and attempting to conceal documents and objects with the intent to impair their use in an official proceeding, in violation of 18 U.S.C. § 1512(c)(1) and (2) ("count eight"); and knowingly making a false statement to a grand jury while under oath, in violation of 18 U.S.C. § 1623 ("count nine"). Her case was tried before a jury for five weeks. After hearing the evidence, the jury acquitted Sangeeta Mann on count nine but convicted her on counts seven and eight.

Having reviewed the motion [Doc. No. 169] and the briefs in support [Doc. No. 170] and in opposition [Doc. No. 173], it is hereby determined that Sangeeta Mann's motion should be and hereby is denied.

IT IS SO ORDERED THIS 9th day of September 2010.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE